# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA,

               Respondent

               v.

JOHN VINCENT WATERS,

               Petitioner

: No. 309 MAL 2019
:
:
:
: Petition for Allowance of Appeal
: from the **Unpublished**
: **Memorandum and Order** of the
: Superior Court at No. 99 MDA 2018
: entered on March 1, 2019, **affirming**
: the Judgment of Sentence of the
: Cumberland County Court of
: Common Pleas at No. CP-21-CR-
: 0000893-1981 entered on
: December 4, 2017

## ORDER

**PER CURIAM**                           DECIDED:  March 24, 2021

**AND NOW**, this 24th day of March, 2021, the Petition for Allowance of Appeal is **GRANTED**, limited to the following issue:

> Was an illegal sentence entered on December 4, 2017, where the "costs of prosecution" were imposed anew on a resentence?

Allocatur is **DENIED** as to all other issues.

The judgment of the Superior Court is **VACATED** insofar as it held that the costs of resentencing were properly imposed on Appellant where his original sentence was illegal pursuant to *Miller v. Alabama*, 567 U.S. 460 (2012), and *Montgomery v. Louisiana*, 136 S. Ct. 718 (2016).  The matter is **REMANDED** for further proceedings in light of this Court's disposition in *Commonwealth v. Lehman*, Nos. 47 & 49 MAP 2019, 2020 WL 7502313, ___ A.3d ___ (Pa. Dec. 22, 2020).